**98–726. State v. Jackson.**
Franklin C.P. No. 97CR041902. Reported at 92 Ohio St.3d 436, 751 N.E.2d 946. On motion for reconsideration. Motion denied.

**99–1753. State v. Jalowiec.**
Lorain App. No. 96CA006445. Reported at 92 Ohio St.3d 421, 751 N.E.2d 467. On motion for reconsideration and motion to remand. Motions denied.

**99–2122. State ex rel. Johnston v. Conrad.**
Franklin App. No. 98AP–1236. Reported at 92 Ohio St.3d 463, 751 N.E.2d 974. On motion for reconsideration by Ohio Bureau of Workers' Compensation. Motion denied.
MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**00–1786. State ex rel. Highfill v. Indus. Comm.**
Franklin App. No. 99AP–709. Reported at 92 Ohio St.3d 525, 751 N.E.2d 1029. On motion for reconsideration. Motion denied.

**00–2113. State ex rel. Eagle–Picher Industries, Inc. v. Indus. Comm.**
Franklin App. No. 99AP–1069. Reported at 92 Ohio St.3d 537, 751 N.E.2d 1040. On motion for reconsideration. Motion denied.
DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**00–2200. State v. Brooks.**
Cuyahoga App. No. 48914. Reported at 92 Ohio St.3d 537, 751 N.E.2d 1040. On motion for reconsideration. Motion denied.

**01–40. State ex rel. Sherrills v. Franklin Cty. Clerk of Courts.**
Franklin App. No. 00AP–820. Reported at 92 Ohio St.3d 402, 750 N.E.2d 594. On motion for reconsideration. Motion denied.

**01–539. Post v. Harber.**
Vinton App. No. 00CA541. On motion for reconsideration of Ohio Farmers Insurance Company and motion for reconsideration of State Farm Mutual Automobile Insurance Company. Motions denied.
LUNDBERG STRATTON, J., dissents.

**01–928. State v. Pudelski.**
Cuyahoga App. No. 77172. Reported at 92 Ohio St.3d 1445, 751 N.E.2d 483. On motion for reconsideration. Motion denied.

*Thursday, October 11, 2001*

## MOTION DOCKET

**01–1429. State v. Mink.**
Montgomery C.P. No. 2000CR2900. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Montgomery County. Upon consideration of appellant's motion for extension of time to transmit the record,

IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to November 8, 2001.

**01–1429. State v. Mink.**
Montgomery C.P. No. 2000CR2900. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Montgomery County. Upon consideration of appellant's motion for stay of execution of death sentence pending disposition of this appeal,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.

## MISCELLANEOUS DISMISSALS